shall be subject to consideration, revision or approval by the Court. [The order also makes provision for the compensation and expenses of the master; for the assessment of costs; and authorizes the Chief Justice to make a new appointment if this one be not accepted or if the place become vacant during a recess of the Court.]

No. 572. Terrell et al. v. Louisiana. Appeal from the Supreme Court of Louisiana. Jurisdictional statement submitted December 31, 1932. Decided February 6, 1933. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) Judicial Code as amended (43 Stat. 936, 938), certiorari is denied for the want of a properly presented federal question. *Rooker* v. *Fidelity Trust Co.*, 261 U. S. 114, 117; *Wall* v. *Chesapeake & Ohio Ry. Co.*, 250 U. S. 125, 126; *Godchaux Co.* v. *Estopinal*, 251 U. S. 179, 181. The motion for leave to proceed further herein *in forma pauperis* is denied. *Messrs. Maurice R. Woulfe* and *H. P. Viering* for appellants. *Mr. Eugene Stanley* for appellee.

No. 628. Fourchy v. Fletchinger, Chairman and Attorney, Disbarment Committee. Appeal from the Supreme Court of Louisiana. Jurisdictional statement submitted January 21, 1933. Decided February 6, 1933. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c)

Judicial Code as amended (43 Stat. 936, 938) certiorari is denied. *Mr. Maurice R. Woulfe* for appellant. *Mr. John H. Tucker* for appellee.

No. —, original. Ex PARTE HESS. February 6, 1933. The motion for leave to file petition for a writ of *habeas corpus* is denied. *Mr. Wilfred R. Hess, pro se.*

No. 335. WILBUR, SECRETARY OF THE INTERIOR, *v.* UNITED STATES EX REL. CHESTATEE PYRITES & CHEMICAL CORP. February 13, 1933. Motion to modify the judgment in this case is granted.

No. 582. NEW YORK EX REL. NEW YORK & ALBANY LIGHTERAGE CO. *v.* LYNCH ET AL., TAX COMMISSIONERS OF NEW YORK. Appeal from the Supreme Court of New York. Submitted February 17, 1933. Decided February 20, 1933. *Per Curiam:* Judgment affirmed. *Cornell Steamboat Co.* v. *Sohmer*, 235 U. S. 549, 559; *Interborough Transit Co.* v. *Sohmer*, 237 U. S. 276, 283; *Flint* v. *Stone Tracy Co.*, 220 U. S. 107, 161, 162; *Ft. Smith Lumber Co.* v. *Arkansas*, 251 U. S. 532, 533, 534; *White River Lumber Co.* v. *Arkansas*, 279 U. S. 692, 695–699; *Lawrence* v. *State Tax Commission*, 286 U. S. 276, 283–285. *Winifred Sullivan* filed a brief for appellant. *Messrs. John J. Bennett, Jr.*, Attorney General of New York, and *Wendell P. Brown*, Assistant Attorney General, filed a brief for appellees.

No. 583. WESTLING *v.* UNITED STATES. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Jurisdictional statement submitted February 11, 1933. Decided